**Electronically Filed
Supreme Court
SCAD-13-0000911
21-JAN-2014
10:37 AM**

SCAD-13-0000911

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

OFFICE OF DISCIPLINARY COUNSEL, Petitioner,

vs.

RONALD G.S. AU, Respondent.

---

ORIGINAL PROCEEDING
(ODC 11-16-8940)

ORDER OF SUSPENSION
(By: Recktenwald, C.J., Nakayama, McKenna, and Pollack, JJ.
and Intermediate Court of Appeals Associate Judge Foley,
in place of Acoba, J., recused)

Upon consideration of the May 17, 2013 Report and Recommendation of the Disciplinary Board of the Supreme Court of the State of Hawaiʻi (hereinafter, "the Disciplinary Board"), the briefs filed by the Office of Disciplinary Counsel (ODC) and the Respondent, Ronald G.S. Au, and the record, we adopt the Disciplinary Board's Report and Recommendation, and, therefore,

IT IS HEREBY ORDERED that Respondent Ronald G.S. Au is suspended for a further five years, effective immediately, notwithstanding Rule 2.16(c) of the Rules of the Supreme Court of the State of Hawaiʻi (RSCH), in light of the fact Respondent Au

is currently suspended from the practice of law.

IT IS FURTHER ORDERED that Respondent Au shall file with this court, within 30 days after the date of entry of this order, an affidavit showing compliance with RSCH Rule 2.16(d) and this order.

IT IS FURTHER ORDERED that, in addition to any other requirements for reinstatement imposed by the Rules of the Supreme Court of the State of Hawaiʻi, Respondent Au shall pay all costs of these proceedings as approved upon the timely submission of a verified bill of costs by ODC and an opportunity to respond thereto, as prescribed by RSCH Rule 2.3(c).

IT IS FINALLY ORDERED that Respondent Au's motion for permission to petition for reinstatement is denied and, further, that Respondent Au, pursuant to RSCH Rule 2.17(b)(3), may not petition for reinstatement until two and a half years have elapsed from the date of entry of this order.

DATED: Honolulu, Hawaiʻi, January 21, 2014.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Daniel R. Foley

